IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:19-cr-00383-M-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| ANTHONY WAYNE MARCH, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the court *sua sponte*. At Defendant's sentencing hearing on April 5, 2021, the court ordered Defendant to pay restitution to a number of his victims in amounts listed within the presentence report ("PSR"), to which neither party made any objection, and stated that full details of the restitution ordered were listed within the PSR. Upon further review, the court has determined that the sum total of the individual amounts described by the PSR as outstanding losses and which were ordered as restitution by the court amounts to $6,106,007.30, which exceeds the "Total" amount of $6,040,965.46 stated within the PSR. [DE-53 at 8] Because the PSR reflects this miscalculation and was adopted without change at Defendant's sentencing hearing, the court takes the opportunity to clarify Defendant's sentence pursuant to its authority under Federal Rule of Criminal Procedure 35.

The court clarifies that Defendant must make restitution to the following victims in the following amounts, in the total amount of $6,106,007.30, without interest:

1

| Victim/Address | Restitution Amount |
|---|---|
| Pat Smith<br>c/o Smith Investment Trust<br>1329 Cypress Trail<br>Fenton, MO 63026 | $400,000.00 |
| MEEDL/Chamberlains<br>c/o Pamela P. Keenan<br>2418 Blue Ridge Road, #200<br>Raleigh, NC 27607 | $1,232,488.08 |
| Miles Davis<br>P.O. Box 44<br>Kitty Hawk, NC 27949 | $181,100.00 |
| Arthur Wilson<br>47 Date Avenue, Unit 302<br>La Mesa, CA 91942-0291 | $331,859.00 |
| John and Gloria Wilson<br>11262 North State Road, #19<br>Macy, IN 46591 | $157,410.00 |
| Rolfe Pope<br>P.O. Box 1992<br>Anacortes, WA 98221-6992 | $503,022.36 |
| Dorothy L. Gregory<br>1326 Purfoy Road<br>Fuquay-Varina, NC 27526 | $63,553.57 |
| Ella W. Bason<br>3181 Bason Road<br>Mebane, NC 27302 | $1,337,842.10 |
| Ruth D. Bowen<br>106 Great Ridge Court<br>Morrisville, NC 27560 | $ 184,556.59 |
| Mary S. Klutz<br>422 Dodson Road<br>Mebane, NC 27302 | $367,234.67 |
| Patricia W. Lassiter<br>831 Dusty Hill Road<br>Conway, NC 27820 | $65,041.84 |
| Patricia H. Andrews<br>1009 Arrow Leaf Circle<br>Cary, NC 27519 | $5,962.77 |
| Betty Jo Temple<br>704 Shoulars Road<br>Rich Square, NC 27869 | $29,722.41 |

Case 5:19-cr-00383-M   Document 62   Filed 04/14/21   Page 2 of 3

| | |
|---|---|
| Eleanor Myrick<br>7300 US Highway 158 Apt. 312<br>Stokesdale, NC 27537 | $66,377.01 |
| Raymond N. Hayward<br>123 Cloverleaf Drive<br>Roanoke Rapids, NC 27870 | $118,765.18 |
| Carolyn C. Riddick<br>2314 Lake Drive<br>Raleigh, NC 27609-7666 | $375,000.00 |
| William C. Fischer<br>591 Red Gate Road<br>Pittsboro, NC 27312 | $96,706.39 |
| Susan A. Bowles-Clear<br>1495 Meridian Court<br>Woodbridge, VA 22191 | $75,375.00 |
| Harlan and Margorie Gardiner<br>329 Poe Creek Drive<br>Littleton, NC 27850 | $140,252.33 |
| Ann B. Hedgepeth<br>2005 Waybridge Drive<br>Raleigh, NC 27615 | $110,000.00 |
| Stanley M. Cichowicz<br>P.O. Box 429<br>Pleasant Garden, NC 27313 | $263,738.00 |

No other aspects of the sentence imposed by the court at Defendant's sentencing hearing are affected by this order. The Clerk of Court is DIRECTED to enter judgment accordingly.

SO ORDERED this the _____14th_____ day of _____April_____, 2021.

_____
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE

3