IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:19-CR-00383-M

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| | ) | |
| ANTHONY WAYNE MARCH, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the court on counsel for Defendant's motion to withdraw [DE 142]. Defendant filed his first motion for compassionate release on November 24, 2021. DE 70. On September 26, 2023, the court denied that motion. DE 130. Defendant then filed a subsequent motion for compassionate release on February 16, 2024. DE 134. On February 21, 2024, the court appointed the Office of the Federal Public Defender to represent Defendant pursuant to 19-SO-3. DE 140. The same day, Mr. Richard Croutharmel entered a notice of appearance. DE 141.

On March 7, 2024, Mr. Croutharmel filed a motion to withdraw. DE 142. Mr. Croutharmel indicates that Defendant refused to provide certain documents to him until he "proved he was capable and experienced enough to handle [the] compassionate release motion," and that Mr. Croutharmel was "not going to engage in an exchange with [Defendant] about whether [he was] capable and experienced enough," and so therefore he "does not intend to file any pleadings [] pursuant to [the] compassionate release motion." DE 142 at 1-2. Defendant responded to the motion to withdraw on March 19, 2024, DE 144, and filed an "emergency motion" for appointment of counsel on June 3, 2024, DE 148.

It is apparent to the court that this short-lived attorney-client relationship has deteriorated to an irreparable degree, and the court further finds that Defendant is entitled to appointment of counsel in connection with his second motion for compassionate release pursuant to 19-SO-3. Accordingly, Mr. Croutharmel's motion to withdraw [DE 142] is GRANTED, and the Office of the Federal Public Defender is directed to arrange for new counsel to represent Defendant in connection with his motion. As a consequence, the court DENIES AS MOOT Defendant's motion to correct Docket Entry 142 [DE 143], Defendant's motion in response [DE 144], and Defendant's emergency motion to compel appointment of counsel [DE 148].

SO ORDERED this 14th day of June, 2024.

*Richard E Myers II*
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE