IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:19-CR-00383-M

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| | ) | |
| ANTHONY WAYNE MARCH, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the court on Defendant's "Motion for Judicial Intervention," wherein he seeks a court order instructing the Bureau of Prisons to reduce its monthly deduction from Defendant's prison account to conform with his interpretation of the court's restitution order, entered on April 5, 2021 [DE 158]. *See also* DE 63; DE 64. Because Defendant asserts that he is only required to pay $25 per quarter to satisfy his restitution obligation of over $6 million, the court infers that Defendant is participating in the Inmate Financial Responsibility Program. *See* DE 63 at 9 (Judgment providing that "restitution may be paid through the Inmate Financial Responsibility Program" at "a minimum [rate] of $25 per quarter"). "The proper avenue for a federal inmate challenging participation in the Inmate Financial Responsibility Program [] is through a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241." *Gardner v. Williamson*, No. 5:08-CV-2050, 2008 WL 7542376, at *2 (E.D.N.C. May 13, 2008) (citing *Coleman v. Brooks*, 133 F. App'x 51, 53 (4th Cir. 2005)), *aff'd*, 326 F. App'x 229 (4th Cir. 2009).

Accordingly, Defendant's motion is DENIED WITHOUT PREJUDICE.

SO ORDERED this __15th__ day of January, 2025.

_Richard E Myers II_
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE